IN THE MATTER OF T.M., A MINOR CHILD

No. 243A07

(Filed 9 November 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 182 N.C. App. ——, 643 S.E.2d 471 (2007), affirming an order entered 12 July 2006 by Judge P. Gwynett Hilburn in District Court, Pitt County. Heard in the Supreme Court 17 October 2007.

*Marie Inserra and Janis Gallagher for petitioner-appellee Pitt County Department of Social Services.*

*Hall & Hall Attorneys at Law, P.C., by Susan P. Hall, for respondent-appellant father.*

PER CURIAM.

AFFIRMED.

Justice HUDSON did not participate in the consideration or decision of this case.